FILED IN OPEN COURT
ON 1/10/2025 DVOM2
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-00115-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CONSENT ORDER FOR |
| | ) | RESTITUTION |
| v. | ) | |
| | ) | |
| JOSHUA ANDREI WHITTLESEY | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 3664 and 3663A, and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes $28,822.96 in total restitution, payable as follows:

- $13,236.01 to the Town of Cary at P.O. Box 8005, Cary, NC 27512
- $15,586.95 to Hendrick Buick GMC Cadillac at 115 Team Hendrick Way, Cary, NC 27511

Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly,

Defendant shall pay $13,236.01 to the Town of Cary and $15,586.95 to Hendrick Buick GMC Cadillac in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this 10 day of _____, 2025.

LOUISE W. FLANAGAN
United States District Judge

AGREED AND CONSENTED TO BY:

/s/ Ryan Willis
RYAN WILLIS
Counsel for Defendant

July 9, 2025
Date

DANIEL P. BUBAR
Acting United States Attorney

/s/Jake D. Pugh
JAKE D. PUGH
Assistant United States Attorney

July 9, 2025
Date